IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02179-MSK-MJW

ANASTASIA ROSS-McKIRNAN, a minor, by and through her father and next friend,
EDWARD ROSS,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

---

**ORDER REGARDING
DEFENDANT'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT
(DOCKET NO. 13)**

---

**MICHAEL J. WATANABE
United States Magistrate Judge**


This matter is before the court on Defendant's Motion for Leave to File Third

Party Complaint (docket no. 13).  The court has reviewed the motion, response (docket

no. 15), and reply (docket no. 17).  In addition, the court has taken judicial notice of the

court's file and has further considered applicable Federal Rules of Civil Procedure and

case law.  The court now being fully informed makes the following findings of fact,

conclusions of law, and order.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

In this case, plaintiff alleges that she was bitten by a dog owned by the proposed

third-party defendant, Elizabeth Israel.  Plaintiff has sued Defendant Allstate under the

uninsured motorist portion of her mother's automobile insurance policy with Defendant

2

Allstate, alleging that Elizabeth Israel's negligence has caused plaintiff's injuries, damages, and losses.  That pursuant to the policy of insurance, Defendant Allstate is subrogated to any rights of the plaintiff against the tortfeasor should Defendant Allstate make any payments to the plaintiff under the policy as a result of the negligence of the tortfeasor.

Here, the court finds that the subject motion should be granted consistent with Saine v. A.I.A., Inc., 582 F. Supp. 1299 (D. Colo. 1984), and Glens Falls Indemnity Co. v. Atlantic Bldg. Corp., 199 F.2d 60 (4th Cir. 1952).

## ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, this court **ORDERS**:

1.      That Defendant's Motion for Leave to File Third Party Complaint (docket no. 13) is **GRANTED**;

2.      That the Defendant's Third-Party Complaint (Exhibit A to subject motion) is accepted for filing as of the date of this order;

3.      That Defendant shall forthwith serve the Third-Party Defendant Elizabeth Israel with the Third-Party Complaint;

4.      That each party shall pay their own attorney fees and costs;

5.      That this case is set for further status conference on May 8, 2007, at 9:00 a.m. before Magistrate Judge Watanabe in courtroom A-502 located in the Alfred A. Arraj United States Courthouse, 901 19th Street, 5th Floor, Denver, Colorado 80294.   At the status

3

conference, this court will address the need to amend the Rule 16

Scheduling Order;

6.     That Defendant shall serve a copy of this order upon the Third-

Party Defendant Elizabeth Israel; and,

7.     That all parties, including the Third-Party Defendant Elizabeth

Israel shall be present at the status conference on May 8, 2007, at

9:00 a.m.

Done this 11th day of April 2007.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge