IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02179-MSK-KLM

ANASTASIA ROSS-MCKIRNAN,

    Plaintiff(s),

v.

ALLSTATE INSURANCE COMPANY,

    Defendant(s) / Third-Party Plaintiff(s),

ELIZABETH ISRAEL

    Third-Party Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on    Third-Party Defendant Elizabeth Israel's Unopposed Motion to File Amended Answer to Third-Party Complaint ( Docket No. **32,** Filed August 13, 2007) ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED.**

    IT IS FURTHER   **ORDERED** that   Elizabeth Israel's Amended Answer to Third-Party Complaint and Jury Demand (Docket 32-2 pages 7, 8, 9, 10, and 11 of 11) are ACCEPTED for filing as of the date of this Minute Order.

Dated:  August 14, 2007