IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02179-MSK-KLM

ANASTASIA ROSS-McKIRNAN, a minor, by and through her father and next friend, EDWARD ROSS,

       Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

       Defendant/Third-Party Plaintiff,

v.

ELIZABETH ISRAEL,

       Third-Party Defendant.

## ORDER REMANDING CASE

THIS MATTER comes before the Court *sua sponte*.

The Plaintiff commenced this action in the Boulder County District Court. She asserts a single claim against the Defendant to recover uninsured motorist benefits for a dog-bite injury which occurred while she was located in an uninsured vehicle. In the Notice of Removal, the Defendant asserts that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332.

In her Complaint, the Plaintiff did not request any particular monetary relief. The Defendant contends that the requisite amount in controversy is established solely by the Plaintiff's election in the mandatory Colorado Civil Cover Sheet stating: "This party is seeking a monetary

judgment for more than $100,000 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs[.]"

In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, Civil Action No. 07-cv-01106-MSK-MEH (copy attached hereto), there has been an insufficient showing of the requisite amount in controversy to establish diversity jurisdiction. Accordingly, the action must be remanded to the State Court. *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Boulder County District Court.

Dated this 4th day of October, 2007

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge